IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| William Feickert, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, | ) | |
| | ) | Case No. 4:11-cv-062 |
| Defendant. | ) | |

Before the court is the defendant's motion for attorneys Andrea Hyatt and Tamara Buettner Middleton to appear *pro hac vice* on the defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Andrea Hyatt and Tamara Buettner Middleton have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the defendant's motions (Docket Nos. 4 and 5) are **GRANTED**. Attorneys Andrea Hyatt and Tamara Buettner Middleton are admitted to practice before this court in the above-entitled action on behalf of the defendant.

   **IT IS SO ORDERED.**

   Dated this 28th day September, 2011.


                              */s/ Charles S. Miller, Jr.*
                              Charles S. Miller, Jr.
                              United States Magistrate Judge