**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| William Feickert, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, | ) | Case No.: 4:11-cv-062 |
| | ) | |
| Defendant. | ) | |

On July 13, 2012, the parties filed a Stipulation to Modify Scheduling/Discovery Plan. The court **ADOPTS** the parties' Stipulation (Docket No. 19). The scheduling/discovery plan shall be amended as follows:

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    Plaintiff shall have until <u>August 16, 2012</u>, to provide the names of expert witnesses and complete reports.

    Defendant shall have until <u>September 24, 2012</u>, to provide the names of expert witnesses and complete reports.

    (Treating physicians need not prepare reports, only qualifications, unless they express opinions not reflected in medical records.) (Reports to be served on other parties, not filed with the court.)

**IT IS SO ORDERED.**

Dated this 17th day of July, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge