# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| William Feickert, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, | ) | Case No. 4:11-cv-062 |
| | ) | |
| Defendant. | ) | |

Before the court is a Stipulation to Modify Scheduling Discovery Plan filed by the parties on October 1, 2012. The court **ADOPTS** the parties' stipulation (Docket No. 21). The scheduling/discovery plan shall be amended as follows:

 3. The parties shall have until October 30, 2012, to complete fact discovery relating to BNSF representative, Larry Berg, KS, and a Rule 30(b)(6) BNSF witness. The same time line applies to filing any discovery motions.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2012.

>                         */s/ Charles S. Miller, Jr.*
>                         Charles S. Miller, Jr.
>                         United States Magistrate Judge