# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| William Feickert, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| BNSF Railway Company, | ) | Case No. 4:11-cv-062 |
| Defendant. | ) | |

The court held a status conference with the parties by telephone on October 25, 2012. Pursuant to its discussion with the parties, the court **ORDERS:**

1. The parties shall have until January 11, 2013, to file dispositive motions.

2. The final pretrial conference set for March 26, 2013, shall be rescheduled for May 7, 2013, at 1:30 p.m. by telephone before the undersigned. The court shall initiate the conference call.

3. The trial set for April 8, 2013, shall be rescheduled for May 20, 2013, at 9:30 a.m. in Bismarck before Judge Hovland. A four (4) day trial is anticipated.

Dated this 25th day of October, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge